IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)

| | |
|---|---|
| CURTIS ANDREWS, NELSON ALVARADO, VICKIE BALDWIN, DONALD BUTLER, ANA COLLAZO, ADRIAN CURRY, DAVID DAMMERS, THOMAS DUNSMORE, BETTY FRANKS, DAVID FRIEDMAN, EVA GONZALEZ, CLENORA GREGORY, <br><br>      Plaintiffs, <br><br>    v. <br><br> ELI LILLY AND COMPANY, <br><br>      Defendant. | ) ) ) ) ) ) ) ) CIV. NO. 1:06-cv-00330 – EGS ) ) ) ) ) ) |

**DEFENDANT ELI LILLY AND COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Eli Lilly and Company, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated:  June 26, 2006

Respectfully submitted,

/s/ *William J. Bethune*
William J. Bethune (*DC Bar No.* 66696)

/s/ *George A. Lehner*
George A. Lehner (*DC Bar No.* 281949)

PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C.  20005-2004
Telephone:  202-220-1200
Facsimile:  202-220-1665
E-mail:  bethunew@pepperlaw.com
          lehnerg@pepperlaw.com

*Attorneys for Defendant
Eli Lilly and Company*

-2-

OF COUNSEL:

Nina M. Gussack
Janet C. Goldberg
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
Telephone:  215-981-4000
Facsimile:  215-981-4750
E-mail:  gussackn@pepperlaw.com
         goldbergj@pepperlaw.com