**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)**

| | |
|---|---|
| CURTIS ANDREWS, NELSON ALVARADO, VICKIE BALDWIN, DONALD BUTLER, ANA COLLAZO, ADRIAN CURRY, DAVID DAMMERS, THOMAS DUNSMORE, BETTY FRANKS, DAVID FRIEDMAN, EVA GONZALEZ, CLENORA GREGORY,<br><br>          Plaintiffs,<br><br>     v.<br><br>ELI LILLY AND COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIV. NO. 1:06-cv-00330 – EGS<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR CONTINUANCE**

Comes now, Defendant Eli Lilly and Company, by and through the undersigned counsel, and with the consent of Plaintiffs Curtis Andrews, et al., moves for a continuance of all actions required by counsel under the Order for Initial Scheduling Conference. In support of said motion, Defendant states as follows:

1. Defendant recently filed a Notice of Potential Tag-Along for the above-captioned case with the Judicial Panel on Multidistrict Litigation (MDL) for <u>In re: Zyprexa Product Liability Litigation</u>, MDL Docket No. 1596, in the Eastern District of New York. *See* Notice of Potential Tag-Along, attached as Exhibit A ("Ex. A").

2. The Notice of Potential Tag-Along filed by Defendant with the Judicial Panel seeks transfer of this case to the MDL for discovery.

3. The Judicial Panel coordinates discovery among numerous suits filed against Eli Lilly related to Zyprexa.

4. In light of Defendant's filing of the Notice of Potential Tag-Along with the Judicial Panel, Defendant seeks the postponement or cancellation of all actions required by counsel pending the outcome of the MDL proceedings, including: (i) the requirement that counsel confer by July 26, 2006; (ii) the requirement that counsel submit a report addressing all topics listed in LCvR16.3(c) by no later than August 2, 2006; and (iii) the Initial Conference scheduled for August 9, 2006 before Judge Emmet G. Sullivan.

5. Plaintiffs' counsel has reviewed and consents to this motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant a continuance of all actions required by counsel under the Order for Initial Scheduling Conference, pending the outcome of the MDL proceedings.

Dated: July 5, 2006                                  Respectfully submitted,

/s/ *Charles H. Carpenter*
Charles H. Carpenter (*DC Bar No.* 432004)
William J. Bethune (*DC Bar No.* 66696)
George A. Lehner (*DC Bar No.* 281949)

PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: carpentc@pepperlaw.com
         bethunew@pepperlaw.com
         lehnerg@pepperlaw.com

*Attorneys for Defendant*
*Eli Lilly and Company*

OF COUNSEL:
Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215-981-4000
Fax: 215-981-4750
E-mail: gussackn@pepperlaw.com

-3-

Janet C. Goldberg
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, DC  20005-2004
Telephone:  202-220-1200
Fax:  202-220-1665
E-mail:  goldbergj@pepperlaw.com