# Exhibit A

# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltom@pepperlaw.com

June 15, 2006

<u>Via FedEx</u>

Catherine D. Maida, Acting Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

        Re:    <u>In re: Zyprexa Products Liability Litigation</u>
                 MDL Docket No. 1596

Dear Ms. Maida:

On behalf of Movant Eli Lilly and Company, I enclose for filing a Notice of Potential Tag-Along Actions. I enclose a self-addressed, stamped envelope for your convenience in returning a filed stamped copy to me for our files.

Further, the following actions were recently filed in the Transferee Court and assigned to Judge Weinstein as related actions:

Niely Perry et al. v. Eli Lilly and Company, CV-06-1729 (E.D.N.Y.)
Christopher Stultz et al. v. Eli Lilly and Company, CV-06-2495 (E.D.N.Y.)
Albert Cavalear v. Eli Lilly and Company, CV-06-2520 (E.D.N.Y.)
Bonnie Pannell et al. v. Eli Lilly and Company, CV-06-2743 (E.D.N.Y.)

I enclose copies of the Complaints for your file.

Respectfully,

Matthew J. Hamilton

Enclosures

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
|---|---|---|---|---|
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re Zyprexa Products Liability Litigation | ) |
| | ) |
| | ) |
| | )     MDL No. 1596 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

<u>**NOTICE OF POTENTIAL TAG-ALONG ACTIONS (JOHNSON ET AL.)**</u>

Movant Eli Lilly and Company ("Lilly"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies the Clerk of the Panel of potential tag-along actions as set forth in the attached Schedule and states as follows:

1.     By Motion to Transfer dated December 22, 2003, filed by the Panel on December 31, 2003, Lilly sought consolidation and coordination of eight actions as set forth in the Schedule of Actions attached thereto.

2.     By Transfer Order dated April 14, 2004, the Panel ordered that the actions subject to Lilly's Motion for Transfer be transferred to the District Court for the Eastern District of New York and assigned to the Honorable Jack B. Weinstein for coordinated and consolidated pretrial proceedings.

3.      There are now additional actions pending in federal courts that involve

common questions of fact and law:

- Johnson v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries as a result.

- Cole v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- McAfee v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries as a result.

- McConnell v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- Melebeck v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- Crockett v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- Martin v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries as a result.

- McGee v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that her decedent ingested Zyprexa® and suffered injuries as a result.

- Stites v. Eli Lilly and Company (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- Severi v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- Williams v. AstraZeneca Pharmaceuticals, L.P. et al. (N.D.Ca.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries as a result.

- Firestone v. Eli Lilly and Company (N.D.Ca.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries as a result.

- Andrews et al. v. Eli Lilly and Company (D.D.C.), in which plaintiffs allege that they ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Damon et al. v. Eli Lilly and Company (S.D.Ill.), in which plaintiffs allege that they or those they represent ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- <u>Amos et al. v. Eli Lilly and Company</u> (D.Md.), in which plaintiffs allege that they or those they represent ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- <u>Middleton v. Eli Lilly and Company et al.</u> (E.D.Mo.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- <u>Koslakiewicz v. Eli Lilly and Company</u> (E.D.Pa.), in which plaintiff alleges that she ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- <u>Oslar v. Eli Lilly and Company</u> (E.D.Pa.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- <u>Bolling et al. v. Eli Lilly and Company</u> (E.D.Va.), in which plaintiffs allege that they or those they represent ingested Zyprexa® and suffered injuries, including diabetes, as a result.

4.      Copies of the Complaints are attached hereto for the Panel's Convenience.

5.      The potential tag-along actions, like those actions identified in the

Schedule of Actions attached to Lilly's Motion to Transfer, involve allegations that Zyprexa®

caused injuries, including diabetes.

6.      Transfer of the potential tag-along actions to the Eastern District of New

York for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same

reasons as set forth in Lilly's Motion to Transfer and Brief in Support thereof.

7.      Some of the above-referenced actions also include claims against other

pharmaceutical companies and relate to the ingestion of prescription drugs other than Zyprexa®

which do not involve questions of fact common to the actions previously transferred to the

Eastern District of New York.

8.    Accordingly, Lilly respectfully requests that the Panel separate and simultaneously remand all claims against other pharmaceutical companies to their respective transferor courts.  See e.g. MDL 1596, Order of Transfer and Simultaneous Separation and Remand of Certain Claims dated April 13, 2006.

Respectfully submitted,

Nina M. Gussack
Andrew R. Rogoff
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
Attorneys for Defendant Eli Lilly and Company

Dated: June 15, 2006

**SCHEDULE**

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Emanuel Johnson, Jr. and Tina Johnson v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00576-PJH | Hon. Phyllis J. Hamilton |
| Cheryl Cole and Earl Cole v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00581-MHP | Hon. Marilyn H. Patel |
| Herman McAfee v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00593-JSW | Hon. Jeffrey S. White |
| Faith McConnell v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00596-EDL | Hon. Elizabeth D. Laporte |
| Wendy Melebeck v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00605-MJJ | Hon. Martin J. Jenkins |
| Cynthia Crockett v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00607-MEJ | Hon. Maria-Elena James |
| James Martin v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00617-MMC | Hon. Maxine M. Chesney |
| Dorothy McGee, individually and as the Personal Representative of the estate of Leo McGee ("Decedent"), Douglas McGee, Michael McGee, Debra McGee, Brenda McGee, David McGee, Rhonda McGee, and Patricia McGee v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 3:06-cv-00641-JSW | Hon. Jeffrey S. White |
| Brenda Stites v. Eli Lilly and Company | Northern District of California | 3:06-cv-00902-PJH | Hon. Phyllis J. Hamilton |
| Jeanette Severi v. AstraZeneca Pharmaceuticals, L.P., | Northern | 4:06-cv- | Hon. |

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| AstraZeneca, L.P., and Eli Lilly and Company | District of California | 00616-SBA | Saundra Brown Armstrong |
| Corde Williams v. AstraZeneca Pharmaceuticals, L.P., AstraZeneca, L.P., and Eli Lilly and Company | Northern District of California | 4:06-cv-00656-SBA | Hon. Saundra Brown Armstrong |
| Robert Firestone v. Eli Lilly and Company | Northern District of California | 4:06-cv-00975-CW | Hon. Claudia Wilken |
| Curtis Andrews, Nelson Alvarado, Vickie Baldwin, Donald Butler, Ana Collazo c/o Bridgeport Depaul Adult Care, Adrian Curry, David Dammers, Thomas Dunsmore, Betty Franks, David Friedman, Eva Gonzales, Clenora Gregory v. Eli Lilly and Company | District of Columbia | 1:06-cv-00330-EGS | Hon. Emmet G. Sullivan |
| Alyce Damon, Carol Bohannon, James Bolding, Teresa P. Bowens, Ramone Burns, Denise Jane Lambert, James Williams, Jr., James Everett, Jr., Mark R. Duncan, Mary Mallard, Russell Etris, Velma Regina Clark, Bobby Ratliff, Robert D. Preston, Mary Willis for decedent Osceola Gooch, Robert Smallwood, Joshua Mesa, a minor, by and through, Michelle Mesa, Paula Ayers, Gerald Lane, Gulina Karagezyan v. Eli Lilly & Co. | Southern District of Illinois | 3:06-cv-00389-MJR-DGW | Hon. Michael J. Reagan |
| David Amos, Arnita Cole, Marilyn Graziani, Melanie Lindewurth, Brenda Lucas, Barry Nutis, Representative of the Estate of Natalie Nutis, Diana Petri, Debra Lee Poe, Joyce Sessoms, Samuel Stackhouse III, John Vaeth, Diane Winkler v. Eli Lilly and Company | District of Maryland | 1:06-cv-00509-BEL | Hon. Benson Everett Legg |
| Michael Middleton v. Eli Lilly Co, Inc., Dr. Ahmed Ardekani [AstraZeneca Pharmaceuticals, L.P. omitted from caption] | Eastern District of Missouri | 4:06-cv-00907-TCM | Hon. Thomas C. Mummert, III |
| Tammie Koslakiewicz & Paul Koslakiewicz h/w v. Eli Lilly and Company | Eastern District of Pennsylvania | 2:06-cv-02348-BWK | Hon. Bruce W. Kauffman |

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Mike Oslar v. Eli Lilly and Company | Eastern District of Pennsylvania | 2:06-cv-02349-JKG | Hon. James Knoll Gardner |
| Lester Bolling, Reggie Harris, Barbara Harrison, Charles Horton, Stacy Lester, Representative of the Estate of Theodosia Lester, Andrezej T. Nowak, Jame Oddenino, Raylene Riddick, Patricia Robinson, Abdieyni Wehliye v. Eli Lilly and Company | Eastern District of Virginia | 1:06-cv-00205-CMH-TCB | Hon. Claude M. Hilton |

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on June 15, 2006, I caused to be

served a true and correct copy of the foregoing Notice of Potential Tag-Along Actions upon the

following by United States Mail, first class postage prepaid:


William A. Levin, Esq.
Levin Simes & Kaiser LLP
One Bush Street, 14th Floor
San Francisco, CA  94104

Michael J. Miller, Esq.
105 North Alfred Street
Alexandria, VA  22314

Jeffrey J. Lowe, Esq.
8235 Forsyth, Suite 1100
St. Louis, MO  63105

Joseph P. Danis, Esq.
Carey & Danis, LLC
8235 Forsyth, Suite 1100
St. Louis, MO  63105

Lynda Landers, Esq.
P.O. Box 833685
Richardson, TX  75083

Kenneth T. Fibich, Esq.
Fibich, Hampton, Leebron LLP
Five Houston Center
1401 McKinney, Suite 1800
Houston, TX  77010-9998

Todd S. Hageman, Esq.
Simon Passanante, PC
701 Market Street, Suite 1450
St. Louis, MO  63101

Scott Levensten, Esq.
The Levensten Law Firm
1325 Spruce Street
Philadelphia, PA  19107


Matthew J. Hamilton