**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CIVIL)**

| | |
|---|---|
| CURTIS ANDREWS, NELSON ALVARADO, VICKIE BALDWIN, DONALD BUTLER, ANA COLLAZO, ADRIAN CURRY, DAVID DAMMERS, THOMAS DUNSMORE, BETTY FRANKS, DAVID FRIEDMAN, EVA GONZALEZ, CLENORA GREGORY, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CIV. NO. 1:06-cv-00330 – EGS ) ) ) ) ) ) ) |

## ORDER GRANTING CONTINUANCE

Upon consideration of the Consent Motion For Continuance, it this _____ day of _____, 2006,

ORDERED, that the Consent Motion is GRANTED, and that there shall be a continuance of all actions required by counsel under the Order for Initial Scheduling Conference, pending the outcome of proceedings before the Judicial Panel on Multidistrict Litigation (MDL) for <u>In re: Zyprexa Product Liability Litigation</u>, MDL Docket No. 1596, in the Eastern District of New York.

_____
Hon. Emmet G. Sullivan
United States District Judge

Copies to:

Charles H. Carpenter, Esq. (*carpentc@pepperlaw.com*)
Michael J. Miller, Esq. (*mmiller@doctoratlaw.com*)