

August Marziliano/NYED/02/USCOURTS
10/31/2006 09:24 AM

To  Greg Hughes/DCD/DC/USCOURTS@USCOURTS
cc
bcc
Subject

Attached please find CTO-56 in MDL 1596 - In Re Zyprexa Products Liability Litigation.

This is to inform you that we have now opened the following cases in the Eastern District of New York:

**06 CV 4634(JBW)**
Curtis Andrews vs Eli Lilly et al
Your case in the DC is 06 CV 0330


You may now close your case.  You need not send any documentation to the Eastern District. We have obtained those documents from CM/ECF.

Thank You

August Marziliano
Administrative Assistant


CTO-56.pdf